IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

DORIAN JOAQUIN NETTLES,

    Plaintiff,

  v.

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Civil Action No.: 2:24-cv-00869-KES
Magistrate Judge Karen E. Scott

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $1,271.33, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: June 26, 2024

_____
U.S. Magistrate Judge Karen E. Scott